# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 21-00491-DOC (DFM) | Date: April 6, 2023 |
| Title Edwin Omar Garcia v. Alex Villanueva | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On January 12, 2021, Petitioner Edwin Omar Garcia filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. See Dkt. 1. Petitioner challenges his conviction for stalking and resulting sentence of 8 years in prison. See id. at 1-2; see also People v. Garcia, No. B293144, 2019 WL 5799600 (Cal. Ct. App. Nov. 7, 2019) (affirming conviction but striking three one-year sentences for prison priors, making total sentence eight years).

On July 29, 2021, the Court granted Petitioner's motion for a stay under Rhines v. Weber, 544 U.S. 269 (2005). See Dkt. 13. Among other things, Petitioner was ordered to immediately lodge a copy of the California Supreme Court's ruling and file a motion to vacate the stay within thirty (30) days. See id. Petitioner was explicitly cautioned that failure to abide by the order could result in dismissal for failure to prosecute.

It appears that Petitioner's habeas petition was denied by the California Supreme Court on March 1, 2023. See California Appellate Courts Case Information, https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0 (S276148) (last accessed Apr. 4, 2023). Petitioner, however, has not taken any action in this proceeding.

Accordingly, Petitioner is ordered to show cause within fourteen (14) days why this matter should not be dismissed for failure to prosecute. Petitioner's filing of the California Supreme Court's denial as well as a motion to vacate the stay is sufficient to discharge this order.