# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 21-00491-DOC (DFM) | Date: | June 8, 2023 |
|---|---|---|---|
| Title | Edwin Omar Garcia v. Alex Villanueva | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause

On April 14, 2023, the Court lifted the existing stay and ordered Respondent to file a response to Petitioner's habeas petition. See Dkt. 21. On April 27, Respondent moved to dismiss the petition as unexhausted and not cognizable. See Dkt. 23. Petitioner did not file an opposition by the deadline. On May 23, the Court's April 14 Order was returned as undeliverable, as Petitioner has been released from custody. See Dkt. 26.

Local Rule 41-6 requires that a party proceeding pro se "must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." Failure to do so can result in dismissal: "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

**Accordingly, Plaintiff is ordered to provide a current address to the Court within fourteen (14) days of this order. Failure to do so will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute.**