# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWIN OMAR GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ALEX VILLANEUVA,<br><br>Respondent. | No. CV 21-00491-DOC (DFM)<br><br>Order Accepting Report and<br>Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

Date: August 21, 2023

*David O. Carter*

DAVID O. CARTER
United States District Judge