JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWIN OMAR GARCIA, | No. CV 21-00491-DOC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| ALEX VILLANEUVA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: August 21, 2023

*David O. Carter*

DAVID O. CARTER
United States District Judge